445 A.2d 105

**ESTATE OF Joseph SPIRKO, Sr., Deceased.**

**Appeal of Stella OKRASINSKI and Ronald Okrasinski.**

Supreme Court of Pennsylvania.

Argued April 20, 1982.

Decided May 19, 1982.

R. James Kamage, Wilkes-Barre, for appellant.

Thomas Rozycki, Wilkes-Barre, Michael J. Hudacek, Plymouth, Conrad Falvello, Sugarloaf, Paula Garrety, Harrisburg, for Jos. Spirko, Jr.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### DECREE

PER CURIAM.

Decree vacated and case remanded for new hearing on merits. Each party pay own costs.